**Dismissed and Memorandum Opinion filed February 14, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01043-CV

---

### CHUKWU U. OKO, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-09846**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 19, 2012. The notice of appeal was filed November 14, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On January 3, 2013, this court ordered appellant to pay the appellate filing fee on or before January 18, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.